UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BRANDON EDICK | X | |
|     *Plaintiff* | X | |
|  | X | CIVIL ACTION NO: |
| V. | X | |
|  | X | |
| UNITED STATES OF AMERICA | X | |
|     *Defendant* | X | |
|  | X | |
|  | X | January 23, 2023 |

## COMPLAINT

**FIRST COUNT:**   **Bodily injury claim**

1. The Plaintiff, Brandon Edick, is an individual who resides in Fort Plain, New York, and is a citizen of the State of the State of New York.

2. The Defendant is the United States of America.

3. This action is brought under the provisions of the Federal Tort Claims Act, 28 U.S.C. §2671 et. seq., so that jurisdiction is based on 28 U.S.C. §1346(b)(1).

4. On August 16, 2021, at approximately 5:31 p.m., the Plaintiff, Brandon Edick, was operating his 2006 Ford Fusion in an eastbound direction on the Herkimer Interchange in Herkimer, New York.

5. At that date and time, Mr. Mark Hugh Arscott, a citizen of the State of Connecticut who resides in the Town of Middletown, was operating a Connecticut National Army Guard vehicle ("Vehicle") in a northbound direction on Main Street in Herkimer, New York.

6. At that date and time, Mr. Arscott was an employee, agent, and/or servant of the Defendant United States of America and was operating the Vehicle within the scope of his employment and/or agency.

7. At that date and time, the Hermiker Interchange and Main Street in Hermiker, New York were open and public roadways/highways.

8. At that date and time, as Mr. Arscott made a right turn onto the Herkimer Interchange, his Vehicle struck the Ford Fusion being operated by the Plaintiff.

9. This collision, and the resulting injuries, losses, and damages sustained by the Plaintiff, was/were caused by the negligence in one or more of the following ways:

   a. he operated the Vehicle at a speed greater than was reasonable and prudent under the conditions and having regard to the actual potential hazards then existing;

   b. he failed to keep the Vehicle under proper and reasonable control;

   c. he failed to keep a proper and reasonable lookout for the Plaintiff;

   d. he failed to apply his brakes in time to avoid a collision, although by a proper and reasonable exercise of his faculties, he could and should have done so.

10. As a result of the collision and the negligence of Mr. Arscott, the Plaintiff sustained the following injuries, some or all of which may be permanent:

    a. Low back pain;

    b. Lumbar strain;

    c. Disc bulge;

    d. Internal disc derangement syndrome.

11. As a result of these injuries, the Plaintiff has experienced and will experience in the future, pain and suffering.

12. As a result of these injuries, the Plaintiff has experienced and will experience in the future, mental and emotional injury.

13. As a result of these injuries, the Plaintiff's ability to pursue and enjoy life's activities has been and will be reduced.

14. As a result of these injuries, the Plaintiff has incurred, and may incur in the future, medical expenses.

15. As a further result of these injuries, the Plaintiff has lost time from work, has lost earnings, and his earning capacity has been and will be diminished.

16. On January 31, 2022, the Plaintiff, acting through his authorized representative, duly gave notice of the claim arising out of the aforesaid collision and of the injuries Plaintiff sustained as a result thereof, to the Defendant United States of America, by serving Form 95 upon the United States of America, with a Demand totaling $510,000, of which $500,000 pertains to this personal injury claim.

17. Thereafter, the Plaintiff, acting through his authorized representative, has continued to provide the Defendant United States of America with additional claim materials.

18. To date, Defendant United States of America has not made final disposition of the claim, and suit is brought pursuant to 28 U.S.C. §2675.

**SECOND COUNT:  Property Damage Claim**

1. The Plaintiff, Brandon Edick, is an individual who resides in Fort Plain, New York, and is a citizen of the State of New York.

2. The Defendant is the United States of America.

3. This action is brought under the provisions of the Federal Tort Claims Act, 28 U.S.C. §2671 et. seq., so that jurisdiction is based on 28 U.S.C. §1346(b)(1).

4. On August 16, 2021, at approximately 5:31 p.m., the Plaintiff, Brandon Edick, was operating his 2006 Ford Fusion in an eastbound direction on the Herkimer Interchange in Herkimer, New York.

5. At that date and time, Mr. Mark Hugh Arscott, a citizen of the State of Connecticut who resides in the Town of Middletown, was operating a Connecticut National Army Guard vehicle ("Vehicle") in a northbound direction on Main Street in Herkimer, New York.

6. At that date and time, Mr. Arscott was an employee, agent, and/or servant of the Defendant United States of America and was operating the Vehicle within the scope of his employment and/or agency.

7. At that date and time, the Hermiker Interchange and Main Street in Hermiker, New York were open and public roadways/highways.

8. At that date and time, as Mr. Arscott made a right turn onto the Herkimer Interchange, his Vehicle struck the Ford Fusion being operated by the Plaintiff.

9. This collision, and the resulting injuries, losses, and damages sustained by the Plaintiff, was/were caused by the negligence in one or more of the following ways:

    a. he operated the Vehicle at a speed greater than was reasonable and prudent under the conditions and having regard to the actual potential hazards then existing;

    b. he failed to keep the Vehicle under proper and reasonable control;

    c. he failed to keep a proper and reasonable lookout for the Plaintiff;

    d. he failed to apply his brakes in time to avoid a collision, although by a proper and reasonable exercise of his faculties, he could and should have done so.

10. As a result of the collision and the negligence of Mr. Arscott, the Plaintiff's automobile, which had a value in excess of $2,000, was destroyed, to the Plaintiff's detriment.

11. As a further result of the collision and the negligence of Mr. Arscott, the Plaintiff suffered Loss of Use of his automobile, and the Plaintiff was forced to incur charges related to obtaining a rental vehicle.

12. As a further result of the negligence of Mr. Arscott, the Plaintiff suffered out-of-pocket costs.

13. On January 31, 2022, the Plaintiff, acting through his authorized representative, duly gave notice of the claim arising out of the aforesaid collision and of the

injuries Plaintiff sustained as a result thereof, to the Defendant United States of America, by serving Form 95 upon the United States of America, with a Demand totaling $510,000, of which $10,000 pertains to this property damage claim.

14. Thereafter, the Plaintiff, acting through his authorized representative, has continued to provide the Defendant United States of America with additional claim materials.

15. To date, the Defendant United States of America has not made final disposition of the claim, and suit is brought pursuant to 28 U.S.C. §2675.

**WHEREFORE**, the Plaintiff:

1. Demands judgment against the Defendant in the sum of $510,000, plus costs and fees;

2. Demands such other relief as the Court deems just and proper.

THE PLAINTIFF,

BY: _____
Etan Hirsch, Esq.
Hirsch Andrade, LLP
1000 Lafayette Boulevard
Bridgeport, CT  06604
Federal Bar No. – ct28189
Tele: (203) 331-8888
Fax: (203) 333-4650
Email: ehirsch@hirsch-andradelaw.com